OFFICE OF DISCIPLINARY COUNSEL *v.* McMAHON.

[Cite as *Disciplinary Counsel v. McMahon*
(1992), 64 Ohio St.3d 460.]

(No. 92–419—Submitted April 15, 1992—Decided September 2, 1992.)

*J. Warren Bettis*, Disciplinary Counsel, and *Sally Ann Steuk*, for relator.
*Thomas Paul McMahon*, pro se.

*Per Curiam.* We agree that respondent violated the Disciplinary Rules, as found by the board. We also concur with the board's recommendation. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.